FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 JUL 31 PM 3:50

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CLAYTON DAVID REYNOLDS

CASE NO. 6:13-cr- 190-ORl-37 KRS
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 912

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

#### A. Introduction

At times material to this Indictment:

1. **CLAYTON DAVID REYNOLDS** (REYNOLDS) resided in Volusia County, Florida, in the Middle District of Florida.

2. REYNOLDS was employed as a commercial pilot for Colgan Air, Inc., from on or about August 2009 through on or about September 2010, and for GoJet Airlines, from on or about April 2011 through on or about December 2011.

3. Through the Federal Flight Deck Officer (FFDO) Program, the Transportation Security Administration (TSA) provides a badge, a credential, and a firearm to commercial pilots who are selected to be FFDOs, and confers upon the FFDOs the following limited law enforcement powers:

   (a) FFDOs are considered law enforcement officers only for the purposes of carrying firearms and using force to defend the

flight deck of an aircraft from air piracy or criminal violence;

(b) FFDOs are not granted or authorized to exercise other law enforcement powers, such as the power to make arrests or seize evidence, or to otherwise act as a Federal law enforcement officer outside the jurisdiction of aircraft flight decks; and

(c) FFDOs are only authorized to transport secured firearms in any state for a flight on which they are flying to or from as approved by the Federal Air Marshal Service as necessary for their participation and activities in the program.

4. Commercial pilots can apply online to become FFDOs through the TSA website. Pilots must complete two specific forms as part of the FFDO application: (a) a Voluntary Questionnaire and (b) a Personal History form.

5. On or about October 2009, REYNOLDS applied online to become an FFDO and submitted the Voluntary Questionnaire and the Personal History form to the TSA. Thereafter, the TSA accepted REYNOLDS into the FFDO program.

6. On or about April 10, 2010, REYNOLDS completed the FFDO training program and signed the Deputation Appointment, Oath of Office form, in which he affirmed that he would transport and carry a firearm only as authorized by the deputation and use force only as authorized by law. Thereafter, the TSA issued REYNOLDS a firearm, a badge, and a credential.

7. On or about December 1, 2011, in Volusia County, Florida, REYNOLDS represented himself to be a federal agent, outside the jurisdiction of an aircraft flight or deck, and detained an individual, using his TSA-issued firearm. Thereafter, REYNOLDS falsely represented himself to be a Department of Homeland Security, Transportation Security Administration law enforcement officer and agent with full law enforcement powers to Deland Police Department officers.

8. On or about December 2, 2011, in Volusia County, Florida, REYNOLDS made the following false statements and representations to a TSA law enforcement agent and a detective from the Deland Police Department, regarding his actions on December 1, 2011:

(a) REYNOLDS stated that he had his TSA-issued firearm in the vehicle with him prior to detaining the individual because he was on his way home from firearms training; and

(b) REYNOLDS stated that the firearm was holstered in the passenger seat of his vehicle and that he did not remove the firearm until the individual he detained reached for his waistband.

3

### B. The Charge

On or about December 2, 2011, in Volusia County, Florida, in the Middle District of Florida,

**CLAYTON DAVID REYNOLDS,**

the defendant herein, in a matter within the jurisdiction of the executive branch of the government of the United States, that is, the Transportation Security Administration, an agency of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations to the Transportation Security Administration.

In violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT TWO

On or about December 1, 2011, in Volusia County, Florida, in the Middle District of Florida,

**CLAYTON DAVID REYNOLDS,**

the defendant herein, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Department of Homeland Security, Transportation Security Administration law enforcement officer and agent with full law enforcement powers, and in such assumed and pretended character, did act as such, to wit, CLAYTON DAVID REYNOLDS did detain an individual, at gunpoint, by stating that he was a federal agent, and thereafter did falsely represent himself to be a Department of

Homeland Security, Transportation Security Administration law enforcement officer and agent with full law enforcement powers to Deland Police Department officers.

In violation of Title 18, United States Code, Section 912.

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Andrew C. Searle
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____
Case 6:13-cr-00190-RBD-KRS   Document 1   Filed 07/31/13   Page 6 of 6 PageID 6

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CLAYTON DAVID REYNOLDS

**INDICTMENT**

Violations:

18 U.S.C. § 1001(a)(2)
18 U.S.C. § 912

A true bill,

_____
Foreperson

Filed in open court this 31st day

of July, 2013.

_____
Clerk

Bail $_____

GPO 863 525